UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOFEY DERNOVOY,

    Plaintiff,

v.

JOHN HARPER and LANA KUDINA, and their marital community composed thereof; and US HOUSING SOLUTIONS CORP., a business entity doing business in the State of Washington; US Housing Solution Corp. Bond No. 545274C,

    Defendants.

Case No. C08-5076FDB

ORDER REMANDING CAUSE OF ACTION TO CLARK COUNTY SUPERIOR COURT

    By Order entered May 19, 2008, the Court required Defendants to respond to questions concerning federal removal jurisdiction and to obtain counsel for US Housing Solutions Corp. Counsel has now appeared for US Housing Solutions Corp. and states that it is a Washington corporation. The Plaintiff being a Washington resident and US Housing Solutions Corp. being a citizen of Washington by virtue of incorporation in this state, there is not complete diversity among the parties and removal to this Court was improper.

    ACCORDINGLY, IT IS ORDERED: There being no basis for this Court's jurisdiction, this cause of action is REMANDED to Clark County Superior Court.

    DATED this 2nd day of June, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1