# United States District Court

WESTERN DISTRICT OF WASHINGTON

TIMOFEY DERNOVOY

v.

JOHN HARPER, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5076FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.   There being no basis for this Court's jurisdiction, this cause of action is **REMANDED** to Clark County Superior Court.

June 3, 2008

BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk